RENWICK by her next friend, *v.* MACK and others.

Where several exceptions are taken for impertinence when one only should have covered the matter, the court will, as to costs, look at it as one exception merely.

*April 2,
1844.*

*Pleading.
Answer.
Exception
for Imper-
tinence.
Practice.
Costs.*

ON the argument of the exceptions for impertinence in this case,

THE VICE-CHANCELLOR stated that here were three exceptions for impertinence in matter which ought to have been embraced in one exception only; and that, on the question of costs, it would have to be so considered.

Mr. *Eddy,* for the defendant.

Mr. *Dana,* for the complainant.